■ SALVATORE R. BELTRONE, Respondent, v ADMINISTRATOR OF THE ESTATE OF RUTH C. TIMPANE, Deceased, et al., Defendants, and TERRY T. ROSS, Appellant. [650 NYS2d 1022] —Appeal from an order of the Supreme Court (Kahn, J.), entered December 4, 1993 in Albany County, which denied defendant Terry T. Ross' motion to vacate a default judgment entered against her.

Order affirmed, upon the opinion of Justice Lawrence E. Kahn.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with costs.